# Minutes of the United States District Court
## Southern District of California
### NOVEMBER 27, 2007

**HON. CATHY ANN BENCIVENGO**       **DEPUTY CLERK: L. HERNANDEZ**

---

TAPE NO. CAB07-10:35-10:50

07MJ2617-CAB      USA      vs.      GEORGE CRUZ, JR. (1)(C) **06513298**

DETENTION HEARING                   JOSEPH MILCHEN, CJA (1)
REMOVAL/IDENTITY
HEARING                             AUSA: LAUREN BAREFOOT

---

REMOVAL/IDENTITY HEARING HELD
GOVT CALLS FBI SPECIAL AGENT, JEFF HIGGINS, CALLED/SWORN/TESTIFIED
EXHIBITS SUBMITTED/RECEIVED
COURT FINDS DFT TO BE GEORGE CRUZ, JR.
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)
WARRANT OF REMOVAL ISSUED TO USM

DETENTION HRG NOT HELD
PENDING MOTION TO DETAIN - MOOT